PD-1409-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/30/2015 2:21:15 PM
Accepted 11/2/2015 12:34:59 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

| | | |
|---|---|---|
| DAMON LAVELLE ASBERRY | * | |
| Appellant | * | |
| | * | |
| vs. | * | No. |
| | * | COA No. 10-15-00032-CR |
| THE STATE OF TEXAS, | * | |
| Appellee | * | |

MOTION FOR EXTENSION OF TIME TO
FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the Appellant, by and through her undersigned Attorney of Record, and respectfully moves the Court to extend the time for filing a petition for discretionary review in this cause, and in support therefore would show the Court as follows:

I.

Damon Lavelle Asberry was convicted pursuant to a jury trial and sentenced on June 13, 2008. Sentence was pronounced in open court on June 13, 2008. Defendant is now incarcerated in the Coffield unit of the Texas Department of Criminal Justice-institutional division, in Tennessee Colony, Texas. Following such conviction defendant pursued a direct appeal which was denied, as well as an application for writ of habeas corpus which was also denied. Defendant then filed a Motion for DNA testing pursuant to the provisions of Chapter 64 of the Texas Code of Criminal Procedure, which was denied. Defendant then timely gave notice of Appeal from the order denying his request for DNA testing.

FILED IN
COURT OF CRIMINAL APPEALS

November 2, 2015

ABEL ACOSTA, CLERK

II.

Appellant's petition for discretionary review is currently due on November 9, 2015

V.

Appellant hereby requests an extension of time to file his Petition for Discretionary Review until December 9, 2015, and as reasons therefore would show this cause as follows:

Counsel does not have sufficient time to properly prepare a petition for discretionary review by the current due date, and for that reason seeks additional time to do so. Counsel would show that he has several other matters to complete within the next 10 days, including a brief due in the Tenth Court of Appeals, as well as a petition for discretionary review in this Court. Counsel also has oral arguments scheduled for November 4, 2015 in Waco, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this honorable court to extend the time for filing Appellant's Petition for Discretionary Review in this cause to December 9, 2015.

Respectfully submitted,

_____/s/   Walter M. Reaves, Jr._____
Walter M. Reaves, Jr.
100 N. 6th Street, Suite 802
Waco, Texas 76701
(254) 296-0020
FAX (877) 726-4411
TBA#16644200
walterreaves@att.net

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered

to Abel Reyna, District Attorney for McLennan County, Texas, on September 30, 2015.


                                   /s/  Walter M. Reaves, Jr.

                                  Walter M. Reaves, Jr.